UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH C. BROMLEY, JOSEPH V.
CLEMENTE, and DEAN J. CLEMENTE,
individually and as directors of National
Semi-Trailer Corp., a Michigan corporation;
RENEE SUCHARA, an individual; OMNI
VENTURES, INC., A Michigan corporation,
and CHURCHILL TRAILERS, INC.,
a Michigan corporation,

        Plaintiffs,

vs.

RANDALL BROMLEY, individually and as
Trustee of The RANDALL BROMLEY FIRST
AMENDED AND RESTATED REVOCABLE
LIVING TRUST, JOHN VERDON and SCOTT
MACKEY, individually and in their capacity as
officers and directors of National Semi-Trailer
Corp., a Michigan corporation; JOSEPH C. BROMLEY, II,
as an officer and director NATIONAL SEMI-TRAILER
CORP., RICHARD PURVIS, individually; and TRANSLAND
HOLDINGS, LLC, A Florida Limited Liability Company,

        Defendants.

Case No. 05-71798
District Judge Lawrence P. Zatkoff
Magistrate Judge R. Steven Whalen

---

| SULLIVAN AND LEAVITT, P.C. | HOWARD & HOWARD ATTORNEYS, P.C. |
|---|---|
| Martin J. Leavitt (P16489) | Daniel F. Berry (P24864) |
| Paul E. Robinson (P39327) | Mary C. Dirkes (P42723) |
| Gregory P. DeGraff (P43907) | Matthew B. Woodworth (P64589) |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| P.O. Box 5490 | 39400 Woodward Avenue, Suite 101 |
| Northville, MI 48167 | Bloomfield Hills, MI 48304-5151 |
| (248) 349-3980 | (248) 645-1483 |

---

**STIPULATED ORDER WITHDRAWING PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES AND GRANTING LEAVE TO DEFENDANTS TO FILE AMENDED AFFIRMATIVE DEFENSES**

The parties hereby stipulate to the withdrawal of Plaintiffs' Motion to Strike Affirmative Defenses, and to the granting of leave to Defendants to file amended affirmative defenses in the form previously agreed upon by the parties.

IT IS SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  August 12, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 12, 2005.

S/Gina Wilson
Judicial Assistant

STIPULATED AND AGREED:

| SULLIVAN AND LEAVITT, P.C. | HOWARD & HOWARD ATTORNEYS, P.C. |
|---|---|
| By:  s/Paul E. Robinson | By: s/Daniel F. Berry |
| Martin J. Leavitt (P16489) | Daniel F. Berry (P24864) |
| Paul E. Robinson (P39327) | Mary C. Dirkes (P42723) |
| Gregory P. DeGraff (P43907) | Matthew B. Woodworth (P64589) |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| P.O. Box 5490 | 39400 Woodward Avenue, Suite 101 |
| Northville, MI 48167 | Bloomfield Hills, MI  48304-5151 |
| (248) 349-3980 | (248) 645-1483 |
| Dated:  August 11, 2005 | Dated:  August 11, 2005 |