UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH C. BROMLEY, et al.,

       Plaintiffs,                           Case No. 05-71798

v.                                    District Judge Lawrence P. Zatkoff
                                        Magistrate Judge R. Steven Whalen

RANDALL BROMLEY, et al.,

       Defendants.
_____/

**ORDER**

      Before the Court is Defendants' Motion to Limit the Scope of Discovery and for Issuance of Protective Order [Docket #21], which has been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A). For the reasons stated on the record on November 22, 2005,

      IT IS HEREBY ORDERED that Defendants' Motion [Docket #21] is DENIED.

                                                                   S/R. Steven Whalen
                                                                   R. STEVEN WHALEN
                                                                   UNITED STATES MAGISTRATE JUDGE

Dated: November 22, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on November 22, 2005.

S/Gina Wilson
Judicial Assistant